# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RASHANE JONES,**

    *Plaintiff*,

v.                                                   **Case No.: 4:25cv381-MW/MJF**

**LT. HORTON, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on October 16, 2025.**

                                                                  **s/Mark E. Walker**
                                                                   **United States District Judge**